NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re MARTIN AKERMAN, I,**
*Petitioner*

2025-107

On Petition for Writ of Mandamus to the Merit Systems Protection Board in Nos. DC-1221-22-0257-W-2 and DC-1221-22-0445-W-2.

## ON MOTION AND PETITION

Before LOURIE, MAYER, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Martin Akerman, I, petitions this court for a writ of mandamus to compel the Merit Systems Protection Board to take certain action in his Board appeals, Nos. DC-1221-22-0257-W-2 and DC-1221-22-0445-W-2.  Mr. Akerman also moves for various relief, including to hold this matter "in abeyance for 180 days" so that other of his cases may "proceed to resolution."  ECF No. 15 at 4.

Mr. Akerman's petition seeks to compel the Board to rule on his stay requests and to document a status conference held with the administrative judge.  The All Writs Act

2                                                        IN RE AKERMAN

provides that federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."  28 U.S.C. § 1651(a).  Mandamus is an extraordinary remedy available only where the petitioner shows: (1) a clear and indisputable right to relief; (2) no adequate alternative avenue for relief; and (3) that mandamus is appropriate under the circumstances. *Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).  At a minimum, Mr. Akerman has not shown a clear and indisputable right to the relief requested.  We thus deny mandamus relief.

Accordingly,

IT IS ORDERED THAT:

The petition and all pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 4, 2025
Date